AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Circle Environmental Inc., Richard G. Middleton
*Plaintiffs*
v.

Bancs Group Inc., Richard Marchbanks
*Defendants*

Civil Action No.   3:13-1541-JMC

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiffs, Circle Environmental Inc. and Richard G. Middleton, shall take nothing of the defendants, Bancs Group Inc. and Richard Marchbanks and this action is dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having entered an order of dismissal.

Date:  April 28, 2015

*CLERK OF COURT*

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*